## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES HANNA,

               Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

             Defendant.

ORDER

25-cv-1067-wmc

---

Pursuant to a joint motion for remand (dkt. #11) filed by the parties on June 25, 2026,

IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 26th day of June, 2026.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge